# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                  CASE NO.   3:95cr03089-15/RV

DUANE ROSHELL

## REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on   April 20, 2009

Motion/Pleadings:   Motion to Reconsider Order Reducing Sentence pursuant to 18 U.S.C. § 3582(c)(2)

Filed by   Defendant   on 4/17/2009   Doc.#   1257

RESPONSES:

                                          on   Doc.#
                                          on   Doc.#

_____ Stipulated   _____ Joint Pldg.
_____ Unopposed   _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

/s/Jerry Marbut

LC (1 OR 2)          Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this*   19th   *day of*   June  *, 2009, that:*

*(a) The relief requested is DENIED.*

*(b)* _____

/s/ *Roger Vinson*

**ROGER VINSON**
***Senior United States District Judge***